IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-mj-01038-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL GONZALES,

    Defendant.

---

ORDER [ Docket No 3 ]

---

THIS MATTER coming before the Court upon motion of the government to dismiss the Complaint and Arrest Warrant, and the Court having considered the same,

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant is dismissed this 7TH day of August, 2013.

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO